IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEN ROBINSON and MAXINE ROBINSON,**<br><br>           Plaintiffs,<br><br>   v.<br><br>**FAMILY DOLLAR, INC. et al.,**<br><br>           Defendants. | **CIVIL ACTION**<br>**NO. 14-03189** |

## ORDER

**AND NOW**, this 2nd day of November, 2015, upon consideration of Family Dollar Stores of Pennsylvania, Inc.'s ("Family Dollar") Motion to Dismiss (ECF No. 45), along with Ben and Maxine Robinson's Response (ECF No. 46), it is **ORDERED** that the motion is **GRANTED**.  Counts I, II, IV, V and VI against Family Dollar are **DISMISSED**.

                                                                        BY THE COURT:


                                                                        */s/ Gerald J. Pappert*
                                                                        GERALD J. PAPPERT, J.