IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEN ROBINSON & MAXINE ROBINSON,<br>   Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC., AND<br>POLICE COMMISSIONER CHARLES<br>RAMSEY AND THE CITY OF<br>PHILADELPHIA, et al.<br><br>   **Defendants.** | :<br>:<br>:  Civil Action<br>:<br>:  No. 14-3189<br>:<br>:<br>:<br>:<br>:<br>:  Jury Trial Demanded |

## STIPULATION

It is hereby stipulated and agreed by and between Matthew B. Weisberg, Esquire, counsel for plaintiff, and Brock J. Atkins, Deputy City Solicitor, counsel for defendants Ramsey, Etienne, and the City of Philadelphia, that:

(1) Plaintiff hereby withdraws with prejudice all claims against Police Commissioner Ramsey, Police Officer Etienne and the City of Philadelphia.

Agreed upon by:

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

/s/Brock J. Atkins
Brock J. Atkins, Esquire
Attorney for Defendants Ramsey, Etienne, and the City of Philadelphia

DATED: November 3, 2015

DATED: November 3, 2015

[signature]
J.

DATED: 11/3/15