UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-3736

BEN ROBINSON; MAXINE ROBINSON,
                        Appellants

v.

FAMILY DOLLAR INC; CHARLES RAMSEY, Individually and in his official capacity as Commissioner of the Philadelphia Police Department; CITY OF PHILADELPHIA, doing business as Philadelphia Police Department; JOHN DOES 1-10; FAMILY DOLLAR STORES OF PENNSYLVANIA INC, D/B/A Family Dollar Inc; BRAHEEM WILKINS, D/B/A Family Dollar, Inc. & Family Dollar Stores of Pennsylvania, Inc.; WILFRID ETIENNE, Individually and in his official capacity as police officer in the Philadelphia Police Department

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-14-cv-03189)
Honorable Gerald J. Pappert, U.S. District Judge

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 30, 2016

Before: AMBRO, SMITH,[*] and FISHER,[*] *Circuit Judges*.

JUDGMENT

---

    [*] Honorable D. Brooks Smith, United States Circuit Judge for the Third Circuit, assumed Chief Judge status on October 1, 2016.
    [*] Honorable D. Michael Fisher, United States Circuit Judge for the Third Circuit, assumed senior status on February 1, 2017.

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 30, 2016. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered November 3, 2015, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs shall not be taxed.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: February 9, 2017

Certified as a true copy and issued in lieu of a formal mandate on  March 3, 2017

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**